UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                            CASE NO: 2:14-cr-60-FtM-38CM

JULIO ALZAR PELAYO

## **ORDER**

This matter comes before the Court on the Unopposed Motion for 18 U.S.C. § 3552 Pre-Sentence Study to Be Completed by the Bureau of Prisons (Doc. #30) filed on October 31, 2014. Defense Counsel moves the Court for an Order to require the Bureau of Prisons to conduct a complete physical examination of the Defendant and report the findings to the court prior to sentencing.  As grounds, Counsel indicates the Defendant was previously treated for colon cancer and suffers from other serious health issues.  The need to provide the Defendant proper medical care for those health issues are factors to be considered at sentencing.

18 U.S.C. §3552 provides that if the Court requires more information pertinent to sentencing, the Court may direct the Bureau of Prisons to examine the defendant.  The study shall inquire into such matters as are specified by the Court and any other matters that the Bureau of Prisons finds pertinent to the factors set forth for the imposition of sentence. The period of the study shall be no more than sixty days. Id.  In this case, the Defendant has a significant medical history including major surgery to treat colon cancer at least a decade ago. Further, Counsel argues the Defendant continues to suffer serious medical issues.  Based upon the Defendant's score on the Sentencing Guidelines, a term of incarceration is likely. The Government does not object to the relief requested. Thus, the Court finds good cause exists to grant the request for an examination and for a report to be provided to the Court to include the following:

    a. All medical conditions Defendant is found to suffer;

    b. All medical diseases Defendant is found to suffer;

    c. The recommended treatment for any and all conditions or diseases found;

    d. Limitations Defendant suffers or will suffer as a result of a condition, a disease, or the treatment of a condition or disease;

    e. The medical prognosis for any and all conditions or diseases; and

    f. The names, titles, and contact information of the medical professional(s) who have offered any opinion as to diagnosis, treatment and/or prognosis.

Based upon the sixty days provided by the statute, the sentencing hearing currently scheduled for January 15, 2015 may be impacted. Therefore, the Court will continue the sentencing hearing as outlined below. The Court will entertain further continuances should the need arise.

Accordingly, it is now

**ORDERED:**

Unopposed Motion for 18 U.S.C. § 3552 Pre-Sentence Study to Be Completed by the Bureau of Prisons (Doc. 30) is **GRANTED**. The Bureau of Prisons is directed to conduct a presentence study and provide a report containing the information outlined in this order. The sentencing hearing is continued to **January 26, 2015 at 10:30 A.M**. The Clerk is directed to issue a notice rescheduling hearing accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, this November 13, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

2